# EXHIBIT A-2

Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

*Rihanna Has a Blast as She Visits her Fenty Pop Up Shop at Bergdorf Goodman...*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002206685 / 2020-05-06

**Application Title:** Rihanna Has a Blast as She Visits her Fenty Pop Up Shop at Bergdorf Goodman in NYC - set number SPL5146957 - 38 images

**Title:** Rihanna Has a Blast as She Visits her Fenty Pop Up Shop at Bergdorf Goodman in NYC - set number SPL5146957 - 38 images. [Group registration of published photographs. 38 photographs. 2020-02-07 to 2020-02-07]

**Description:** 38 photographs : Electronic file (eService)

**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 6100 Wilshire Blvd., Suite 320, Los Angeles, CA, 90048, United States.

**Date of Creation:** 2020

**Publication Date Range:** 2020-02-07 to 2020-02-07

**Nation of First Publication:** Ireland

**Authorship on Application:** Miles Diggs; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in February 2020 (38 photographs): 26501708, 26501707, 26501706, 26501705, 26501704, 26501703, 26501702, 26501701, 26501700, 26501699, 26501698, 26501697, 26501696, 26501695, 26501694, 26501693, 26501692, 26501691, 26501690, 26501689, 26501688, 26501687, 26501686, 26501685, 26501684, 26501683, 26501682, 26501681, 26501680, 26501679, 26501678, 26501677, 26501676, 26501675, 26501674, 26501673, 26501672, 26501671

**Names:** Diggs, Miles

Splash News and Picture Agency, LLC

[previous] [next]

                       12:49 PM 11/16/2020

*EXCLUSIVE: Kim Kardashian channels Barbarella on a night out with husband...*

|                             |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|-----------------------------|---|
| **Type of Work:**           | Visual Material |
| **Registration Number / Date:** | VA0002127168 / 2018-10-25 |
| **Application Title:**      | EXCLUSIVE: Kim Kardashian channels Barbarella on a night out with husband Kanye West in LA - set number SPL5012917 - 88 images |
| **Title:**                  | EXCLUSIVE: Kim Kardashian channels Barbarella on a night out with husband Kanye West in LA - set number SPL5012917 - 88 images. [Group registration of published photographs. 88 photographs. 2018-07-29 to 2018-07-29] |
| **Description:**            | 88 photographs : Electronic file (eService) |
| **Copyright Claimant:**     | Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 6100 Wilshire Blvd., Suite 320, Los Angeles, CA, 90048, United States. |
| **Date of Creation:**       | 2018 |
| **Publication Date Range:** | 2018-07-29 to 2018-07-29 |
| **Nation of First Publication:** | Ireland |
| **Authorship on Application:** | Splash News and Picture Agency, LLC, employer for hire of Brian Prahl, employer for hire; Domicile: United States. Authorship: photographs. |
| **Copyright Note:**         | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|                             | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
|                             | Basis for Registration: Registration extends only to photographs that are uploaded and appear within the photograph title list. |
| **Photographs:**            | Published in July 2018 (88 photographs): 14188957, 14188958, 14188959, 14188960, 14188961, 14188962, 14188963, 14188964, 14188965, 14188966, 14188967, 14188968, 14188969, 14188970, 14188971, 14188972, 14188973, 14188974, 14188975, 14188976, 14188977, 14188978, 14188979, 14188980, 14188981, 14188982, 14188983, 14188984, 14188985, 14188986, 14188987, 14188988, 14188989, 14188990, 14188991, 14188992, 14188993, 14188994, 14188995, 14188996, 14188997, 14188998, 14188999, 14189000, 14216159, 14216161, 14216163, 14216164, 14216166, 14216168, 14216169, 14216170, 14216171, 14216172, 14216174, 14216175, 14216176, 14216177, 14216179, 14216181, 14216184, 14216186, 14216187, 14216188, 14216190, 14216194, 14216196, 14216197, 14216200, 14216201, 14216205, 14216206, 14216210, 14216211, 14216217, 14216218, 14216220, 14216222, 14216230, 14216232, 14216233, 14216234, 14216245, 14216246, 14216247, 14216256, 14216257, 14216269 |
| **Names:**                  | Splash News and Picture Agency, LLC, employer for hire of Brian Prahl |

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002102545 / 2018-05-11

**Application Title:** EXCLUSIVE: ***PREMIUM EXCLUSIVE RATES APPLY*** Cardi B steps out for the first time for dinner in New York city after her bodyguard slugs a man outside the mark hotel after the met-gala - set number SPL1694535 - 28 images.

**Title:** EXCLUSIVE: ***PREMIUM EXCLUSIVE RATES APPLY*** Cardi B steps out for the first time for dinner in New York city after her bodyguard slugs a man outside the mark hotel after the met-gala - set number SPL1694535 - 28 images. [Group registration of published photographs. 28 photographs. 2018-05-09 to 2018-05-09]

**Description:** 28 photographs : Electronic file (eService)

**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 W 5th St., Floor 35, Los Angeles, CA, 90013, United States.

**Date of Creation:** 2018

**Publication Date Range:** 2018-05-09 to 2018-05-09

**Nation of First Publication:** France

**Authorship on Application:** Elder Ordonez; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in May 2018 (28 photographs): 12489866, 12489867, 12489868, 12489869, 12489870, 12489871, 12489872, 12489873, 12489874, 12489875, 12489876, 12489877, 12489878, 12489879, 12489880, 12489881, 12489882, 12489883, 12489884, 12489885, 12489886, 12489887, 12489888, 12489889, 12489890, 12489891, 12489892, 12489893

**Names:** Ordonez, Elder

Splash News and Picture Agency, LLC



*EXCLUSIVE: **PREMIUM EXCLUSIVE RATES APPLY**NO NY PAPERS**Beyonce and...*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002101737 / 2018-05-03 |
| **Application Title:** | EXCLUSIVE: **PREMIUM EXCLUSIVE RATES APPLY**NO NY PAPERS**Beyonce and Jay-Z look 'crazy in love' on the beach in Jamaica - set number SPL1675166 - 21 images |
| **Title:** | EXCLUSIVE: **PREMIUM EXCLUSIVE RATES APPLY**NO NY PAPERS**Beyonce and Jay-Z look 'crazy in love' on the beach in Jamaica - set number SPL1675166 - 21 images. [Group registration of published photographs. 21 photographs. 2018-03-24 to 2018-03-24] |
| **Description:** | 21 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Splash News and Picture Agency, LLC. Address: 555 W 5th St, Floor 35, Los Angeles, CA, 90013, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-03-24 to 2018-03-24 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | Splash News and Picture Agency, LLC, employer for hire of Steven Dennett, employer for hire; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2018 (21 photographs): 11652663, 11652664, 11652665, 11652666, 11652667, 11652668, 11652669, 11652670, 11652671, 11652672, 11652673, 11652674, 11652675, 11652676, 11652677, 11652678, 11652679, 11652680, 11652681, 11652682, 11652683 |
| **Names:** | Splash News and Picture Agency, LLC, employer for hire of Steven Dennett |
| | Splash News and Picture Agency, LLC |



*Published Group of Photos, EXCLUSIVE: Rihanna was spotted out in NYC in the...*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002079558 / 2017-12-15 |
| **Application Title:** | Published Group of Photos, EXCLUSIVE: Rihanna was spotted out in NYC in the early hours of Friday morning. She left her apartment accompanied by a Large Bodyguard - set number SPL1635005 - 37 images, published 2017-12-09. |
| **Title:** | Published Group of Photos, EXCLUSIVE: Rihanna was spotted out in NYC in the early hours of Friday morning. She left her apartment accompanied by a Large Bodyguard - set number SPL1635005 - 37 images, published 2017-12-09. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-12-09 |
| **Nation of First Publication:** | France |
| **Alternative Title on Application:** | EXCLUSIVE: Rihanna was spotted out in NYC in the early hours of Friday morning. She left her apartment accompanied by a Large Bodyguard - set number SPL1635005 - 37 images |
| **Authorship on Application:** | Miles Diggs; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Austin Raishbrook, Splash News and Picture Agency, LLC, 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States, (310) 821-2666, araishbrook@splashnews.com |
| **Names:** | Diggs, Miles <br> Splash News and Picture Agency, LLC |





Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002086921
Search Results: Displaying 1 of 1 entries

*Published Group of Photos, Rihanna wears an oversized men's inspired coat...*

|  |  |
|---:|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002086921 / 2018-01-12 |
| **Application Title:** | Group Registration of Published Photos, Rihanna wears an oversized men's inspired coat dress with rain-proof shoes and bag in New York City - set number SPL1605697 - 13 images, published 2017-10-19. |
| **Title:** | Published Group of Photos, Rihanna wears an oversized men's inspired coat dress with rain-proof shoes and bag in New York City - set number SPL1605697 - 13 images, published 2017-10-19. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-10-19 |
| **Nation of First Publication:** | France |
| **Alternative Title on Application:** | Rihanna wears an oversized men's inspired coat dress with rain-proof shoes and bag in New York City - set number SPL1605697 - 13 images |
| **Authorship on Application:** | Edward Opinaldo; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Austin Raishbrook, Splash News and Picture Agency, LLC, 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States, (310) 821-2666, araishbrook@splashnews.com |
| **Names:** | Opinaldo, Edward |
|  | Splash News and Picture Agency, LLC |

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002084008
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, Rihanna arrives to her after party in NYC - set...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002084008 / 2017-12-10
**Application Title:** Published Group of Photos, Rihanna arrives to her after party in NYC - set number SPL1575018 - 37 images, published 2017-09-11.
**Title:** Published Group of Photos, Rihanna arrives to her after party in NYC - set number SPL1575018 - 37 images, published 2017-09-11.
**Description:** Electronic file (eService)
**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States.
**Date of Creation:** 2017
**Date of Publication:** 2017-09-11
**Nation of First Publication:** France
**Alternative Title on Application:** Rihanna arrives to her after party in NYC - set number SPL1575018 - 37 images
**Authorship on Application:** Vicente Cain Rivera III; Domicile: United States. Authorship: photograph.
**Rights and Permissions:** Austin Raishbrook, Splash News and Picture Agency, LLC, 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States, (310) 821-2666, araishbrook@splashnews.com
**Names:** Rivera III, Vicente Cain
Splash News and Picture Agency, LLC




Save, Print and Email (Help Page)

**Published Group of Photos, Rihanna Wears Giant Trench Coat and Waist High...**

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002049043 / 2017-05-19 |
| Application Title: | Published Group of Photos, Rihanna Wears Giant Trench Coat and Waist High Leather Lace up Boots While out in NYC - set number SPL1491720 - 27 images, 5/3/2017. |
| Title: | Published Group of Photos, Rihanna Wears Giant Trench Coat and Waist High Leather Lace up Boots While out in NYC - set number SPL1491720 - 27 images, 5/3/2017. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States. |
| Date of Creation: | 2017 |
| Date of Publication: | 2017-05-03 |
| Nation of First Publication: | United States |
| Alternative Title on Application: | Rihanna Wears Giant Trench Coat and Waist High Leather Lace up Boots While out in NYC - set number SPL1491720 - 27 images |
| Authorship on Application: | Miles Diggs; Domicile: United States. Authorship: photograph. |
| Rights and Permissions: | Austin Raishbrook, Splash News and Picture Agency, LLC, 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States, (310) 821-2666, araishbrook@splashnews.com |
| Contents: | Rihanna Wears Giant Trench Coat and Waist High Leather Lace up Boots While out in NYC - set number SPL1491720 - 1-27. |
| Names: | Diggs, Miles |
| | Splash News and Picture Agency, LLC |